UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

VALENTIN K. MEDVEDEV and MARIA F. MEDVEDEVA,

          Debtors.

NO. C09-1131MJP

ORDER STRIKING PETITION FOR WRIT OF MANDAMUS

The above-entitled Court, having received and reviewed the Petition for Writ of Mandamus and all attached declarations and exhibits (Dkt. No. 6), makes the following ruling:

IT IS ORDERED that the petition is STRICKEN as an improper and impermissible filing; the petitioner (Maria Medvedva) was not the person who filed the original pleading in this cause number and she was never joined as a party. The Court will not accept a pleading under this cause number from a movant who is not a party to the action.

The clerk is ordered to provide copies of this order to all counsel.

Dated: September 30 , 2009

Marsha J. Pechman
U.S. District Judge

ORDER - 1