# United States District Court

WESTERN DISTRICT OF WASHINGTON

In re:

VALENTIN KUZMICH MEDVEDEV and
MARIA FYODORVNA MEDVEDEVA,

JUDGMENT IN A CIVIL CASE
CASE NUMBER C09-1131MJP

Debtors.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Motion to Intervene and to Withdraw the Reference brought by movant Andrei Medvedev is DENIED and the matter is hereby DISMISSED with prejudice.

September 30, 2009

BRUCE RIFKIN
Clerk

__/s Mary Duett_____
By Mary Duett, Deputy Clerk